CLENDENIN J. RYAN, JR., v. MARIE WURMBRAND-STUPPACH RYAN. (Appeals Nos. 4644, 4645 and 4646.) — Motions for leave to appeal to the Court of Appeals or for a reargument denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ETHEL WIEN v. NATHAN I. WIEN. MAXWELL M. WALLACH.— Motion for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LOUIS BAND v. JOSEPH BERNANKE, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

## SECOND DEPARTMENT, OCTOBER, 1934.

CARL R. LADENSACK, Appellant, v. PAUL C. SANDERS, Defendant, and OTTO LADENSACK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

WILLIAM H. LOCKWOOD, Respondent, v. HENRY HUGHES, Doing Business under the Firm Name and Style of HENRY HUGHES Co., Appellant.— No. 993. Motion for leave to appeal to the Court of Appeals denied. No. 994. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

FRANK J. MERCURIO, Respondent, v. THE PARIS PATTERN COMPANY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

RALPH PENSA, Respondent, v. RALEIGH HALL, INC., and HYMAN BAUM and Another, Conducting Business under the Trade Name of H. B. BAR & GRILL, at 1195 Sixth Avenue, New York, Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and DANIEL E. FINN, as Sheriff of the County of New York, Respondents, v. THE CITY OF NEW YORK and Others, Defendants; AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

MINNIE RIBACK, Appellant, Respondent, v. THE PRUDENCE COMPANY, INC., Respondent, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

IRVING SALTZMAN, Appellant, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.